# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00213-CR

**Christopher Mills, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
NO. 2030200, HONORABLE JON N. WISSER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The district clerk has provided the Court with a copy of a written waiver of appeal in this cause signed by appellant, his attorney, and the trial judge. This document was signed on the day sentence was imposed in open court and reflects a knowing and voluntary waiver of the right to appeal. *See Ex parte Dickey*, 543 S.W.2d 99 (Tex. Crim. App. 1976); *see also Hurd v. State*, 548 S.W.2d 388 (Tex. Crim. App. 1977); *Reed v. State*, 516 S.W.2d 680 (Tex. Crim. App. 1974). The Clerk has also been advised by appellant's counsel that the district court granted a new trial in this cause.

For the reasons stated, the appeal is dismissed.


_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed

Filed: October 9, 2003

Do Not Publish